NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CHRIS J. WASHINGTON,**
*Claimant-Appellant*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

_____

2014-7063

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-0136, Judge William A. Moorman.

_____

**ON MOTION**

_____

**O R D E R**

Chris J. Washington moves to file his principal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                    WASHINGTON v. SHINSEKI


The motion is granted.  The brief is accepted for filing. The Secretary shall calculate the due date for his responsive brief from the date of filing of this order.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s27